1  DAVID C. CAPELL (SBN: 114691)
   K. NINA REYNOLDS (SBN: 206802)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys for: Defendant TRAVELERS PROPERTY CASUALTY
6  COMPANY OF AMERICA formerly known as THE TRAVELERS
   INDEMNITY COMPANY OF ILLINOIS, incorrectly sued herein as
7  TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY

8              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT COURT OF CALIFORNIA
9                   SAN FRANCISCO DIVISION

10

11 | AMERICAN COLOR GRAPHICS, INC. | CASE NO. 4:04-cv-03518-SBA ARB

12 |              Plaintiff,        | STIPULATION AND [PROPOSED]
   |         v.                    | ORDER TO CONTINUE MEDIATION
13 |                                | CURRENTLY SET FOR JULY 21, 2005
   | TRAVELERS PROPERTY CASUALTY   |
14 | INSURANCE COMPANY,             |

15 |              Defendant.        |

16

17     THIS STIPULATION IS ENTERED INTO by and between the parties hereto, Plaintiff

18 AMERICAN COLOR GRAPHICS, INC. ("Plaintiff") and Defendant TRAVELERS

19 PROPERTY CASUALTY COMPANY OF AMERICA ("Travelers"), formerly known as THE

20 TRAVELERS INDEMNITY COMPANY OF ILLINOIS and incorrectly sued herein as

21 TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY.

22     The mediation is currently scheduled for July 21, 2005. The parties wish to continue the

23 current mediation date until early October 2005, but maintain all other deadlines, for the

24 following reasons:

25     1.     The parties have diligently prosecuted their discovery efforts, but have been

26 unable to complete the efforts needed to prepare for the mediation. Specifically, some witnesses

27 who need to be deposed are no longer employed by the parties or are located outside of

28 California. Counsel for Plaintiff is also located outside of California and has had a fairly heavy

1  litigation schedule which the parties have worked together to accommodate. In addition, in order
2  to obtain and produce the documents needed to move forward with the case there have been a
3  number of necessary extensions for document production. Also, disputes about discovery have
4  been addressed through extensive meet and confer negotiations as well as motion practice. For
5  these reasons, the parties have needed additional time to coordinate the deposition schedules and
6  other discovery completion.

7  2.  The principal at Travelers who also must attend the mediation has suffered health
8  problems and cannot attend a mediation in July or almost certainly August. This principal is the
9  person most familiar with the specific and unusual nature of this case and with the direct
10 negotiations between Travelers and Plaintiff. This principal is therefore in the best position to
11 represent Travelers' interests and has the better chance of facilitating a resolution than an
12 alternate person at Travelers who is much less familiar with the case. The principal will soon
13 undergo further medical evaluation and is now expected to be available to attend a mediation by
14 sometime in September.

15 3.  The mediator is unavailable in the Bay Area at the same time as the parties and
16 their representatives until early October. Once the health of the principal at Travelers is stable
17 and he is cleared to travel, the parties and their representatives will evaluate whether it is
18 practical for all concerned to travel to the mediator.

19 4.  Given the varying locations of the parties and their counsel, it may take a few
20 weeks to coordinate scheduling of the mediation. The parties will attempt to schedule the
21 mediation for early October, but cannot set the exact date until the health issues are resolved.
22 The parties anticipate being able to complete the mediation no later than October 12. The
23 mediator is aware of these circumstances and agreeable to scheduling the mediation within this
24 context.
25 //
26 //
27 //
28 //

1  IT IS HEREBY STIPULATED based on the foregoing that the mediation scheduled for
2  July 21, 2005 be continued for a period agreeable to both parties and the mediator, but in no
3  event later than October 12, 2005. The parties agree that all other deadlines and the trial date set
4  by the court in the case management order are to remain the same.

GORDON & REES LLP

Dated: July 20, 2005      By: _____
                              DAVID C. CAPELL
                              Attorneys for Defendant TRAVELERS
                              PROPERTY CASUALTY
                              COMPANY OF AMERICA

KING & BALLOW

Dated: July 18, 2005      By: _____
                              RICHARD S. BUSCH
                              Attorneys for Plaintiff AMERICAN
                              COLOR GRAPHICS, INC.

The parties having so stipulated and good cause appearing therefore, the mediation which was scheduled for July 21, 2005 is continued for a period agreeable to both parties and the mediator, but in no event later than October 12, 2005.

**IT IS SO ORDERED.**

Dated: 7-20-05

HON. SAUNDRA BROWN ARMSTRONG
Judge of the United States District Court,
Northern District of California

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Saundra B. Armstrong]