Richard S. Busch *Pro Hac Vice*
Paul H. Duvall (State Bar No. 73699)
KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, Tennessee 37201
Telephone:  (615) 259-3456
Facsimile:   (615) 726-5417

Attorneys for Plaintiff
AMERICAN COLOR GRAPHICS, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| **American Color Graphics, Inc.,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:04-cv-03518 SBA ARB |
| | ) | |
| | ) | **STIPULATION AND** |
| | ) | **ORDER TO** |
| **vs.** | ) | **PERMIT SUPPLEMENTATION** |
| | ) | **OF DESIGNATION OF** |
| | ) | **DISCOVERY EXCERPTS** |
| **Travelers Property Casualty** | ) | |
| **Insurance Company,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____/ | | |

     This stipulation is entered into by and between the parties hereto, Plaintiff American Color Graphics, Inc. ("American") and Defendant Travelers Property Casualty Company of America ("Travelers").

     The parties anticipate filing their Joint Pretrial Statement and other required pretrial preparation materials on or before the January 10, 2006, deadline, including each parties' Designation of Discovery Excerpts.  The parties wish to

allow American to supplement its Designation of Discovery Excerpts after the January 10, 2006, deadline for the following reasons:

1. When filing its Designation of Discovery Excerpts, each party must include a statement identifying by witness and page and line, all deposition testimony such party expects to use as part of its case in chief.

2. Unfortunately, due to scheduling conflicts, the depositions of two witnesses have not yet been taken, but are currently being scheduled. As such, the deposition transcripts of these two witnesses, Vincent Armentano and Ronald Cuenin, will not be available prior to the January 10, 2006, deadline.

3. Both of these witnesses reside outside of the state of California and thus are unlikely to be available to testify at the trial in this action. Therefore, it is likely American will use excerpts from these witnesses' deposition testimony at trial.

IT IS HEREBY STIPULATED AND AGREED based on the foregoing that American or Travelers be allowed to supplement its Designation of Discovery Excerpts with the pages and lines from the depositions of Vincent Armentano, or Ronald Cuenin that either party expects to use at trial as soon as such witnesses are deposed and/or their deposition transcripts become available.

Dated: _____   KING & BALLOW

By: _____
Richard S. Busch *Pro Hac Vice*
Paul H. Duvall (State Bar No. 73699)
1100 Union Street Plaza
315 Union Street
Nashville, Tennessee 37201
(615) 259-3456

Attorneys for Plaintiff
American Color Graphics, Inc.

Dated: _____   GORDON & REES LLP

1

2   By: _____
3   David C. Capell (State Bar No. 114691)
    Embarcadero Center West
4   275 Battery Street, Suite 2000
    San Francisco, CA 94111
5   (415) 986-5900

6

7   Attorneys for Defendant
    Travelers Property Casualty Company
8   Of America

9

10      The parties having so stipulated and good cause appearing therefore,

11  American may supplement its Designation of Discovery Excerpts after the January

12  10, 2006, deadline.

13      IT IS SO ORDERED.

14
    Dated: 1/17/06                    _____
15                                    The Honorable Saundra Brown Armstrong
                                      Judge of the United States District Court,
16                                    Northern District of California

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE BY MAIL

I am a resident of the State of Tennessee, over the age of eighteen years, and not a party of the within action. My business address is King & Ballow, 315 Union Street, Suite 1100, Nashville, Tennessee 37201. On _____, I served the within document entitled:

STIPULATION AND [PROPOSED] ORDER TO PERMIT SUPPLEMENTATION OF DESIGNATION OF DISCOVERY EXCERPTS

- by transmitting via facsimile the document(s) listed above to the fax number(s) set for the below on this date before 5:00 p.m.
- by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of Tennessee at Nashville, addressed as set forth below.

> David Capell, Esq.
> Gordon & Rees LLP
> Embarcadero Center West
> 275 Battery Street, Suite 2000
> San Francisco, CA 94111
> Fax: (415) 986-8054

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of Tennessee that the above is true and correct.

Executed on _____ at Nashville, Tennessee.

_____