1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN COLOR GRAPHICS, INC., | **Case No.: C 04-3518-SBA** |
| Plaintiff, | **[PROPOSED] ORDER RE:** |
| vs. | **PRETRIAL CONFERENCE** |
| THE ST. PAUL TRAVELERS COMPANIES, INC., et al., | |
| Defendant | |

The Pretrial Conference was held on January 31, 2006, before the Honorable Saundra Armstrong in Courtroom 3 of the above entitled court.

Pursuant to the Pretrial Conference, IS HEREBY ORDERED as follows:

1.  Trial before the Jury has been postponed and will begin on 9/11/06, at 8:30 a.m., unless the court becomes available before that time. The trial is scheduled for an estimated 7 days;

2.  The Court denies without prejudice Plaintiff's Motion in Limine to Exclude Trial Testimony and use of Expert Report of Steven Bobus;

3.  The court denies without prejudice Plaintiff's Motion in Limine to Exclude Trial Testimony and use of Expert Report of George Williams;

4.  The court denies without prejudice Plaintiff's Motion in Limine to Exclude Trial

Testimony and use of Expert Report of  James Sevey;

5.  The court denies without prejudice Plaintiff's Motion in Limine to Address Certain

Evidence; The court will reconsider the motion and consider the requested jury

instruction after the close of evidence;

6.  The Court denies Defendant's Motion in Limine to Exclude Irrelevant Letter;

7.  The Court denies as moot Defendant's Motion in Limine to Exclude Evidence of

Certain SEC Filings;

8.  The Court denies Defendant's Motion in Limine to Exclude the Deposition

Testimony of Miquel Larios and denies without prejudice the request to exclude

certain portions of Jerry Anderson's deposition testimony;

9.  The Court grants in part and denies in part the motion to exclude the testimony of

Eustolia Barajas and Edilsa Vasquez. The Court grants the request only to exclude

testimony of Vasquez and Barajas regarding whether they are afraid to testify;

10.  The Court denies all other Motions in Limine without prejudice;

11.  Additional discovery relating to the testimony of Ron Cuenin, which was

addressed at the pretrial conference,  shall be completed by 03/24/06;

12. Objections to Jury Instructions shall be filed one week before trial;

13. Motions in Limine shall be filed on or before 4/7/06.


IT IS SO ORDERED.


Dated:  2/27/06                                          _____
                                                                        Saundra Armstrong,
                                                                        District Court Judge