**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN COLOR GRAPHICS, INC., | No. C 04-03518 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | |
| Defendant. | |

On February 28, 2006, Plaintiff filed a Motion to Exclude the Use of Documents Not Produced During Discovery Pursuant to F.R.C.P. 37(c) [Docket No. 152]. Plaintiff noticed the Motion to Exclude for hearing on April 4, 2006 – precisely 35 days after the filing date. On March 1, 2006, Plaintiff filed an Amendment to the Motion to Exclude [Docket No. 154]. On March 9, 2006, Plaintiff filed a Second Amendment to the Motion to Exclude [Docket No. 157]. On March 14, 2006, Defendant filed an Opposition to Plaintiff's Motion To Exclude, and on March 21, 2006, Plaintiff filed a Reply in support of the Motion to Exclude. On March 23, 2006, Plaintiff filed a Third Amendment to the Motion to Exclude [Docket No. 168]. On March 28, 2006, Defendant filed Objections to Plaintiff's Third Amendment to the Motion to Exclude.

The Civil Local Rules require that "all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion."

1   Civil L.R. 7-2(a).  Plaintiff's original Motion to Exclude comported with these rules.  However, Plaintiff
2   continued to amend its Motion to Exclude three separate times up until twelve (12) days prior the
3   scheduled hearing date.  These three amendments were not superficial and contained additional
4   substantive accusations and arguments.  Plaintiff did so on its own accord, without first seeking leave
5   of Court.  Moreover, Plaintiff filed its Third Amendment to its Motion to Exclude after it had filed its
6   Reply, in direct violation of Civil L.R. 7-3(d) ("[O]nce a reply is filed, no additional memoranda, papers
7   or letters may be filed without prior Court approval.").  Defendant similarly violated the Civil Local
8   Rules by failing to request leave of Court before filing its Objections to Plaintiff's Third Amendment
9   to the Motion to Exclude.  It matters not that the Objections were based on Plaintiff's failure to abide
10  by the Civil Local Rules – leave of Court must first be requested and granted.

11      The Court finds that Plaintiff has failed to properly notice its three amendments to the Motion
12  to Exclude.  Regardless of the conduct of the opposing party and the validity of its claims, Plaintiff is
13  not permitted to circumnavigate the 35-day requirement for proper notice.  Bombarding Defendant with
14  amendments to its Motion to Exclude without complying with the required notice period deprives
15  Defendant of its right to adequately respond to all factual and legal arguments.  Therefore, the Court
16  finds that Plaintiff has not complied with the Civil Local Rules.  Parties are reminded that a failure to
17  comply with any local or Federal Rule may be a ground for imposition of an authorized sanction.  *See*
18  Civil L.R. 1-4; *Smith v. Frank*, 923 F.2d 139, 142 (9th Cir. 1991) ("For violations of the local rules,
19  sanctions may be imposed including, in appropriate cases, striking the offending pleading.").

20      Accordingly,

21      IT IS HEREBY ORDERED THAT Plaintiff's Motion to Exclude, its three Amendments, and
22  its Reply, as well as Defendant's Opposition and Objections [Docket Nos. 152, 154, 157, 160, 166, 168,
23  and 170] shall be STRICKEN from the record.  The hearing on Plaintiff's Motion to Exclude, currently
24  scheduled for April 4, 2006 at 1:00 p.m., is VACATED.  If Plaintiff wants the Court to consider a
25  motion to exclude, Plaintiff shall file and serve a **single, self-contained motion** which comports with
26  all local rules.  Plaintiff's motion shall be properly noticed for the first available hearing date following
27  the applicable notice period set forth in Civil Local Rule 7-2.  Defendant shall file its opposition brief
28  no later than 21 days prior to the hearing date.  Plaintiff shall file its reply brief, if any, no later than 14

days prior to the hearing date.  The parties are admonished that all filed motions and supplementary material must comply with both the Civil Local Rules and the Court's Standing Orders.

IT IS SO ORDERED.

Dated: 3/30/06

SAUNDRA BROWN ARMSTRONG
United States District Judge