United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN COLOR GRAPHICS, INC.,          No. C 04-3518 SBA

      Plaintiff,                                  **ORDER**

  v.

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

      Defendant.
_____/

    In adherence to the pretrial schedule set by this Court on February 27, 2006, the parties filed their motions *in limine* [Docket Nos. 176-188].[1] IT IS HEREBY ORDERED THAT the parties shall file their opposition briefs to the motions *in limine* on or before May 2, 2006.

    IT IS SO ORDERED.

Dated: 4/26/06                                           _Saundra B. Armstrong_
                                                        SAUNDRA BROWN ARMSTRONG
                                                        United States District Judge

---

[1] The February 27, 2006 pretrial schedule directed the parties to file the motions *in limine* on or before April 7, 2006. Plaintiff filed three of its motions *in limine* on April 8, 2006. Plaintiff has not requested prior leave of this Court to extend the filing deadline. Plaintiff is warned that any future failure to observe this Court's deadlines may result in sanctions.