1  DAVID C. CAPELL (SBN 114691)
   TAD A. DEVLIN (SBN 190355)
2  ANGIE M. BICKEL (SBN 220065)
   GORDON & REES, LLP
3  Embarcadero Center West
   275 Battery Street, Suite 2000
4  San Francisco, CA  94111
   Telephone:  (415) 986-5900
5  Facsimile:  (415) 986-8054

6  Attorneys for Defendant:
   TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
7

8                           **UNITED STATES DISTRICT COURT**

9                          **NORTHERN DISTRICT OF CALIFORNIA**

10 | AMERICAN COLOR GRAPHICS, INC. | CASE NO. 4:04-CV-03518-SBA
11 |             Plaintiff,         | [~~PROPOSED~~] ORDER RE: EQUIPMENT
   |        v.                      | TO BE USED AT TRIAL
12 | TRAVELERS PROPERTY CASUALTY    |
13 | INSURANCE COMPANY,             | Trial:   September 11, 2006
   |                                | Dept.:   3
14 |             Defendant.         | Judge:   The Hon. Saundra Armstrong
   |                                |          1301 Clay St., Oakland CA
15

16       **IT IS ORDERED** that the parties may bring to court and use Blackberry devices

17 (without sound), laptop computers, a screen, a video player and projector, a television/DVD

18 player, and an Elmo at the trial of the above-captioned matter.  These pieces of equipment may

19 be brought to the trial department starting on Friday, September 8, 2006 and continuing

20 throughout the duration of the trial.

21

22 DATED:_____ 9-7- ____, 2006            _/s/ Saundra B. Armstrong_____
                                             HON. SAUNDRA BROWN ARMSTRONG
23

24

25

26

27

28

-1-
[PROPOSED] ORDER RE: EQUIPMENT TO BE USED AT TRIAL
[CASE NO. 4:04-CV-03518-SBA]

TRAV/1019340/1063087v.1