Paul H. Duvall (SBN 73699)
KING & BALLOW
9404 Genesee Boulevard, Suite 340
La Jolla, CA 92037
(858) 597-6000  Fax (858) 597-6008
pduvall@kingballow.com
Richard S. Busch, *Attorney Pro Hac Vice*
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456   Fax (615) 726-5417
rbusch@kingballow.com
Attorneys for PLAINTIFF AMERICAN COLOR GRAPHICS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN COLOR GRAPHICS, INC., | Case No.: C 04-3518-SBA |
| Plaintiff, | ORDER |
| vs. | [Docket Nos. 295 and 296] |
| TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

IT IS HEREBY ORDERED THAT Plaintiff American Color Graphics, Inc.'s Request for Leave to File Objections to Defendant Travelers' Proposed CACI Jury Instructions and Amended Joint Proposed Jury Instructions is GRANTED.

Plaintiff must file objections by Wednesday, September 20 at 9:00 a.m.

IT IS SO ORDERED.

Dated: 9/19/06

                                              Saundra Brown Armstrong
                                              United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

[Proposed] Order Granting Application                                                                          Case No. C-04-3518-SBA