UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN COLOR GRAPHICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE ST. PAUL TRAVELERS COMPANIES, INC., et al., <br><br> Defendant. | Case No.: C 04-3518-SBA <br><br> [PROPOSED] ORDER RE: PLAINTIFF AMERICAN COLOR GRAPHICS, INC.'S OBJECTION TO DEFENDANT'S OBJECTIONS TO ACG'S EVIDENCE SUBMITTED IN SUPPORT OF ACG'S MOTION FOR ATTORNEYS' FEES AND COSTS |

American's Objection to Defendant's Objections to ACG's Evidence Submitted in Support of ACG's Motion for Attorneys' Fees and Costs has been considered by the above entitled Court.

Having considered American's motion and the supporting documents, and good cause appearing, IT IS HEREBY ORDERED that ~~Travelers' Objections to Defendant's Objections to ACG's Evidence Submitted in Support of ACG's Motion for Attorneys' Fees and Costs is stricken;~~ (2) American is permitted 10 additional pages for its reply papers.

Dated: 12/20/06

_Saundra B. Armstrong_
Saundra Armstrong
District Court Judge

[PROPOSED] ORDER

Case No. C-04-3518-SBA